PROB 12C
(6/16)

Report Date: January 31, 2024

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Feb 01, 2024**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kacie L Klundt | Case Number: 0980 2:22CR00133-013 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Hayden, Idaho 83835 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: April 13, 2023 | |
| Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: Probation - 3 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: Earl A. Hicks | Date Supervision Commenced: October 30, 2023 |
| Defense Attorney: Federal Defenders Services | Date Supervision Expires: October 29, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On November 1, 2023, an officer reviewed the judgment with the offender. Ms. Klundt signed the judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: Defendant shall not possess or use illegal controlled substances and shall participate and complete such drug testing and drug treatment programs as the Probation Officer directs, but no more than 6 tests per month (urinalysis and sweat patch testing), in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged that Ms. Klundt is in violation of her conditions of supervision by using methamphetamine on or about December 22 and 25, 2023.<br><br>On January 26, 2024, Ms. Klundt admitted to her supervising officer in Idaho that she consumed methamphetamine on December 22 and 25, 2023. She signed an admission form. |
| 2 | **Special Condition # 2**: Defendant shall not possess or use illegal controlled substances and shall participate and complete such drug testing and drug treatment programs as the Probation Officer directs, but no more than 6 tests per month (urinalysis and sweat patch testing), in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Klundt, Kacie L**
**January 31, 2024**
**Page 2**

    **Supporting Evidence**: It is alleged that Ms. Klundt is in violation of her conditions of supervision by using fentanyl on or about January 16, 2024.

    On January 26, 2024, Ms. Klundt admitted to her supervising officer in Idaho that she consumed fentanyl on January 16, 2024. Ms. Klundt advised that while using fentanyl at a friend's house she overdosed resulting in Narcan having to be used. She signed an admission form.

3    **Special Condition # 2**: Defendant shall not possess or use illegal controlled substances and shall participate and complete such drug testing and drug treatment programs as the Probation Officer directs, but no more than 6 tests per month (urinalysis and sweat patch testing), in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: It is alleged that Ms. Klundt is in violation of her conditions of supervision by using fentanyl on or about January 23, 2024.

    On January 26, 2024, Ms. Klundt admitted to her supervising officer in Idaho that she consumed fentanyl on January 23, 2024. She signed an admission form.

4    **Special Condition # 2**: Defendant shall not possess or use illegal controlled substances and shall participate and complete such drug testing and drug treatment programs as the Probation Officer directs, but no more than 6 tests per month (urinalysis and sweat patch testing), in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: It is alleged that Ms. Klundt is in violation of her conditions of supervision by using fentanyl on or about January 26, 2024.

    On January 26, 2024, Ms. Klundt admitted to her supervising officer in Idaho that she consumed fentanyl on January 26, 2024. She signed an admission form.

5    **Standard Condition # 12**: If this judgment imposes restitution, a fine, or special assessment, it is a condition of supervised release that you pay in accordance with the Schedule of Payments sheet of this judgment. You shall notify the probation officer of any material change in your economic circumstances that might affect your ability to pay any unpaid amount of restitution, fine, or special assessments.

    **Supporting Evidence**: Ms. Klundt is alleged to have violated standard condition number 12, by failing to pay any amount toward her owed Court ordered special penalty assessment or amount of restitution since starting her term of supervision on October 30, 2023.

    On November 1, 2023, Ms. Klundt reported for her intake at the United States Probation Office. At that intake, she signed an agreement form to start making payments in the amount of $100 monthly starting November 2023. As of the date of this report, she has not made any payments toward her restitution.

Prob12C
Re: Klundt, Kacie L
January 31, 2024
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/31/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

February 1, 2024

Date