PROB 12C
(6/16)

Report Date: February 7, 2024

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2024

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Kacie L. Klundt | Case Number: 0980 2:22CR00133-TOR-13 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Hayden, Idaho 83835 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: April 13, 2023 | |
| Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: Probation - 3 years | Type of Supervision: Probation |
| Asst. U.S. Attorney: Earl A. Hicks | Date Supervision Commenced: October 30, 2023 |
| Defense Attorney: Federal Public Defender | Date Supervision Expires: October 29, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 02/01/2024.

On November 1, 2023, an officer reviewed the judgment with the offender. Ms. Klundt signed the judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #2**: Defendant shall not possess or use illegal controlled substances and shall participate and complete such drug testing and drug treatment programs as the Probation Officer directs, but no more than 6 tests per month (urinalysis and sweat patch testing), in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Ms. Klundt is in violation of her conditions of supervision by using fentanyl on or about February 2, 2024. |
| | On February 7, 2024, Ms. Klundt reported to the U.S. Probation Office in Idaho to meet with her supervising officer. She admitted that she consumed fentanyl on February 2, 2024. She signed an admission form. Ms. Klundt was taken into custody by the U.S. Marshals Service on a federal warrant for previous reported violations. |

Prob12C
Re: Klundt, Kacie L.
February 7, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/07/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

**THE COURT ORDERS**

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

February 8, 2024
Date